FILED

04/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0606

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0606

IN THE MATTER OF:

Z.L.

a Youth.

## ORDER GRANTING EXTENSION

Before the Court is the Unopposed Motion of Appellant, Z.L., for an

extension of time, until May 28, 2020, to file and serve his Opening Brief.

Upon review of Appellant's Unopposed Motion, the Court hereby grants

Appellee's Motion for an Extension of time.  The Appellee's Answer Brief shall be

filed and served on or before May 28, 2020.

Dated this the __ day of April, 2020.


By: _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 29 2020